**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                 Petitioners,

18 **CIVIL** 5094 (PGG)

    -against-

**JUDGMENT**

BAU ENGINEERING INC.,

             Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 23, 2020, the Petition to confirm the arbitration award Dkt. No. 1) is granted; the arbitration award is confirmed in the amount of $36,4040.74, with interest accruing at a 5.75% percent as of January 29, 2018, until entry of judgment, in the amount of $5,379.42, plus $3,000 in attorneys' fees and $75 in costs, for a total sum of $44,859.16; Post-judgment interest on the entire amount will accrue from the date of the judgment at the rate provided by 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated:**  New York, New York
          August 24, 2020

                                   **RUBY J. KRAJICK**
                                   _____
                                       Clerk of Court
                      **BY:**
                                        Deputy Clerk